**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0459
Attorneys for Defendant, TARGET CORPORATION, erroneously served and sued herein as TARGET CORPORATION, a Corporation, TARGET BRANDS, INC., a Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALMA ELLIOTT, an individual., <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, a Corporation, TARGET BRANDS, INC., a Corporation; and DOES 1 through 25, inclusive., <br><br> Defendants. | CASE NO.: 2:19-cv-00865 MWF(KSx) <br><br> **ORDER REGARDING STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET CORPORATION** |

Pursuant to Rule 41(a)(1), the settlement reached by the parties and the Stipulation for Dismissal, the Court hereby dismisses the complaint, with prejudice.

IT IS SO ORDERED

DATED: March 21, 2019

_____
U.S. District Judge Michael W. Fitzgerald